```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 30447
  BRENDA COLEMAN
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-4464
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/03/05 and confirmed on 01/06/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14710.54 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST UNION BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST UNION BANK | MORTGAGE ARRE | 5063.13 | .00 | 5063.13 |
| AMERICREDIT FINANCIAL | SECURED | 800.00 | 64.38 | 800.00 |
| HOMEQ SERVICING | SECURED | .00 | .00 | .00 |
| AT & T SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4863.31 | .00 | 4863.31 |
| CREDIT ACCEPTANCE CORP | FILED LATE | .00 | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 289.96 | .00 | 289.96 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5863.13 | .00 | 5153.27 | .00 | 11016.40 |
| PRINCIPAL PAID | 5863.13 | .00 | 5153.27 | .00 | 11016.40 |
| INTEREST PAID | 64.38 | .00 | .00 | .00 | 64.38 |
| TOTAL PAID | 5927.51 | .00 | 5153.27 | .00 | 11080.78 |

The Debtor's attorney, DAVID M SIEGEL           , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     578.03 .

Refunds to the Debtor totaled $     351.73 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/23/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
        CASE NO. 05 B 30447 BRENDA COLEMAN
```